

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br> Savitree Singh | Case No.: 16-30011 <br> Chapter: 7 <br> Judge: MEISEL |

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 1/11/2017          /S/ STACEY L MEISEL
                        Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___D___ or to the List of Creditors on ___1/5/2017___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* ___7___ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                               Case No. 16-30011-SLM
Savitree Singh                                                       Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin               Page 1 of 1          Date Rcvd: Jan 11, 2017
                             Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db              Savitree Singh,    1341 Teaneck Rd,    Teaneck, NJ   07666-5005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              John Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Mary Ann McField    on behalf of Debtor Savitree  Singh maryann.mcfield@verizon.net,
               G1557@notify.cincompass.com
              Robert P. Saltzman    on behalf of Creditor    Federal National Mortgage Association ("Fannie Mae")
               dnj@pbslaw.org
                                                                                             TOTAL: 6